UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS BLACKWELL, | Case No. 3:23-cv-00154-MMD-CLB |
| Plaintiff | ORDER |
| v. | (ECF No. 1) |
| D. JONES, et al., | |
| Defendants | |

This action began with a civil-rights complaint under 42 U.S.C. § 1983 submitted along with an application to proceed *in forma pauperis* by a state prisoner. (ECF Nos. 1, 1-1). According to the Nevada Department of Corrections inmate database, Plaintiff Marcus Blackwell is no longer incarcerated. Plaintiff has filed his updated address with the Court. (ECF No. 3). But Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because he is no longer incarcerated.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that **on or before [30 days from today]**, Plaintiff will either (1) file a fully complete application to proceed *in forma pauperis* for a non-inmate or (2) pay the full $402 filing fee for a civil action.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates and instructions for the same.

DATED THIS 17th of July 2023.

UNITED STATES MAGISTRATE JUDGE